IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JAVIER BAEZ NIEVES

DEBTOR

CASE NO. 13-01899/ESL

CHAPTER 13

DEBTOR'S MOTION AND NOTICE OF FILING OF
AMENDED SCHEDULE "A" AND CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

NOW COMES, JAVIER BAEZ NIEVES, debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. Debtor is hereby submitting **Amended** *Schedule "A"*, dated June 20, 2013, herewith and attached to this motion.

2. This amendment to Schedule "A" is filed to *specify and clarify that both property listed are located in street 172 in the same lot.*

NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)

Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is
filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

Page -2-
Notice of Amended Schedules "A"
Case no. 13-01899/ESL

## CERTIFICATE OF SERVICE

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, the US Trustee's Office, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular US mail to the debtor and to all creditors and interested parties appearing in the master address list, hereby attached.

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 20th day of June, 2013.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

B6A (Official Form 6A) (12/07)

IN RE BAEZ NIEVES, JAVIER
_____
Debtor(s)

Case No. 3:13-bk-1899
_____
(If known)

## AMENDED SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Inheritance property - Sucn. Justiniano Baez Rodriguez composed of 6 heirs; residential property located at Cañaboncito Arriba, Rd. 172, Km 4.3 in Caguas, Puerto Rico. Consists of 2 bedrooms, 1 bathroom, kitchen, living rooms. Valued at $60,000. /6 = $10,000. | | | 10,000.00 | 0.00 |
| Residential property (structure) located at Cañaboncito Arriba, Road 172, Km 4.3, Caguas, Puerto Rico. This property consists of three (3) bedrooms, one (1) bathroom, living room, kitchen and balcony. Debtor has 50% interest, other 50% is owned by ex-spouse Marisol Gomez Serrano. (as per Divorce Judgment, parties agree to transfer their property interest in favor to the daughters. Divorce Judgment dated September 10, 2010) Value: $25,000./2= $12,500. | | | 12,500.00 | 0.00 |
| | | TOTAL | 22,500.00 | |

(Report also on Summary of Schedules)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE BAEZ NIEVES, JAVIER _____ Case No. 3:13-bk-1899 _____
                          Debtor(s)                                          (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**18**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **June 20, 2013** _____   Signature: **/s/ JAVIER BAEZ NIEVES** _____
                                                      **JAVIER BAEZ NIEVES**                               Debtor

Date: _____   Signature: _____
                                                                                               (Joint Debtor, if any)
                                                                                     [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____                 _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
Address

_____                 _____
Signature of Bankruptcy Petition Preparer                                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____   Signature: _____

                                                                               (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

BAEZ NIEVES, JAVIER
HC 07 BOX 33121
CAGUAS, PR 00727

MUEBLERIA BERRIOS
PO BOX 674
CIDRA, PR 00739-0674

R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR 00919-3677

NCO PTM19
SPRINT
507 PRUDENTIAL RD
HORSHAM, PA 19044

AT&T
5407 ANDREWS HWY
MIDLAND, TX 79706-2851

OPERATING PARTNERS
PO BOX 194499
SAN JUAN, PR 00919-4499

BANCO POPULAR DE PR
PO BOX 70100
SAN JUAN, PR 00936-8100

OPERATING PARTNERS CO.
BANCO POPULAR
250 MUNOZ RIVERA STE 1200
SAN JUAN, PR 00918

CLARO
PO BOX 70366
SAN JUAN, PR 00936-8366

PEP BOYS
PO BOX 981439
EL PASO, TX 79998-1439

HOME DEPOT
PO BOX 103108
ROSWELL, GA 30076-9108

PR ACQUISITIONS
PO BOX 71418
SAN JUAN, PR 00936-8518

LEONARD & ASSOCIATES PSC
PO BOX 366220
SAN JUAN, PR 00936-6220

RADIO SHACK
PO BOX 6497
SIOUX FALLS, SD 57117

LIBERTY CABLEVISION-PR
PO BOX 719
LUQUILLO, PR 00773

SCOTIABANK
PO BOX 362649
SAN JUAN, PR 00936-2649

MIDLAND FUNDING
CITIBANK
8875 AERO DR STE 2000
SAN DIEGO, CA 92123

MIDLAND FUNDING
CITIBANK USA
8875 AERO DR STE 200
SAN DIEGO, CA 92123